**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

| | |
|---|---|
| ESTATE OF JAMES A. RUSSICK, GAIL RUSSICK, EXECUTRIX, GAIL RUSSICK, INDIVIDUALLY, | 1:13-cv-07773-NLH-AMD |
| | **ORDER** |
| Plaintiffs, | |
| v. | |
| TOM KOENIG and ANNA MARIE KOENIG, JOINTLY, SEVERALLY AND IN THE ALTERNATIVE, | |
| Defendants. | |
| TOM KOENIG, | |
| Cross-Claim Plaintiff, | |
| v. | |
| ANNA MARIE KOENIG, | |
| Cross-Claim Defendant. | |

---

For the reasons expressed in the Court's Opinion filed today,

IT IS on this  10th  day of  August , 2020

ORDERED that the Revised MOTION for Default Judgment by TOM KOENIG [130] be, and the same hereby is, DENIED WITHOUT PREJUDICE, and Tom Koenig will be afforded one final opportunity to renew a motion for default judgment consistent with this Opinion and Order within 30 days; and it is further

ORDERED that if the motion is not renewed within 30 days the Court will issue an Order to Show Cause as to why Tom Koenig's cross-claim should not be dismissed.


At Camden, New Jersey

   s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.